# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-442-813

**Effective Date of Registration:**
March 07, 2025
**Registration Decision Date:**
April 24, 2025

---

## Title

**Title of Work:** Aviary Library

## Completion/Publication

**Year of Completion:** 2007
**Date of 1st Publication:** April 02, 2007
**Nation of 1st Publication:** United States

## Author

- **Author:** Arnie Fisk
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Arnie Fisk
Unit 8, 6871 Francis Road, Richmond, B.C., V7C 4S9, Canada

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-441-692

**Effective Date of Registration:**
March 07, 2025
**Registration Decision Date:**
April 15, 2025

---

## Title

**Title of Work:** Tiffany Bee

## Completion/Publication

**Year of Completion:** 2007
**Date of 1st Publication:** April 02, 2007
**Nation of 1st Publication:** United States

## Author

- **Author:** Arnie Fisk
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Arnie Fisk
Unit 8, 6871 Francis Road, Richmond, B.C., V7C 4S9, Canada

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-441-683

**Effective Date of Registration:**
March 07, 2025
**Registration Decision Date:**
April 15, 2025

---

## Title

**Title of Work:** Aviary home

## Completion/Publication

**Year of Completion:** 2007
**Date of 1st Publication:** April 02, 2007
**Nation of 1st Publication:** United States

## Author

- **Author:** Arnie Fisk
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** Canada

## Copyright Claimant

**Copyright Claimant:** Arnie Fisk
Unit 8, 6871 Francis Road, Richmond, B.C., V7C 4S9, Canada

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-442-254

**Effective Date of Registration:**
March 07, 2025
**Registration Decision Date:**
April 19, 2025

---

## Title _____

| | |
|---|---|
| **Title of Work:** | St. Tropez Botanical |

## Completion/Publication _____

| | |
|---|---|
| **Year of Completion:** | 2007 |
| **Date of 1st Publication:** | June 01, 2007 |
| **Nation of 1st Publication:** | United States |

## Author _____

| | |
|---|---|
| • **Author:** | Arnie Fisk |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | No |
| **Citizen of:** | Canada |

## Copyright Claimant _____

| | |
|---|---|
| **Copyright Claimant:** | Arnie Fisk |
| | Unit 8, 6871 Francis Road, Richmond, B.C., V7C 4S9, Canada |

## Rights and Permissions _____

| | |
|---|---|
| **Organization Name:** | Grateful Licensing Group LLC. |
| **Name:** | Matt Appelman |
| **Email:** | matt@gratefullicensing.com |
| **Telephone:** | (802)777-1337 |
| **Address:** | P.O. Box 844 |
| | Manchester Center, VT 05255 United States |

## Certification _____



## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-441-693

**Effective Date of Registration:**
March 07, 2025
**Registration Decision Date:**
April 15, 2025

---

**Title** _____

      **Title of Work:**   Cote d'Azur Botanical

**Completion/Publication** _____

    **Year of Completion:**   2007
   **Date of 1st Publication:**   June 18, 2007
  **Nation of 1st Publication:**   United States

**Author** _____

-         **Author:**   Arnie Fisk
      **Author Created:**   2-D artwork
   **Work made for hire:**   No
        **Citizen of:**   Canada

**Copyright Claimant** _____

   **Copyright Claimant:**   Arnie Fisk
                        Unit 8, 6871 Francis Road, Richmond, B.C., V7C 4S9, Canada

**Rights and Permissions** _____

   **Organization Name:**   Grateful Licensing Group LLC.
            **Name:**   Matt Appelman
             **Email:**   matt@gratefullicensing.com
       **Telephone:**   (802)777-1337
        **Address:**   P.O. Box 844
                        Manchester Center, VT 05255 United States

**Certification** _____

Page 1 of 2

